# UNITED STATES DISTRICT COURT

## Western District of Missouri

*JUDGMENT IN A CIVIL CASE*

DEBRA L. RAY,

      Plaintiff,

  *v.*

CAROLYN W. COLVIN, Acting Commissioner,
Social Security Administration

      Defendant.

*Case Number:   12-1155-CV-W-MJW*

_    Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

x    Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED that the decision of the Commissioner is reversed and this case is remanded, pursuant to Sentence 4, for further consideration and development of the record.

ENTERED ON:  July 26, 2013

                                      ANN THOMPSON
                                      Court Executive

                                      *L. Bax*
                                      (By) Deputy Clerk